**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUL - 1 2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

BRANDON MICHAEL JACOBS,      )
                             )
            Plaintiff,       )
                             )
    v.                       )      Civil Action No. 20-1780 (UNA)
                             )
UNITED STATES,               )
                             )
            Defendant.       )

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. For the reasons discussed below, the Court grants the application and dismisses the complaint.

Plaintiff allegedly maintains a "classified information database" that no one other than the Chief Justice of the United States may access. Compl. at 1. According to plaintiff, "There is money" in the database and he needs that money. *Id*. at 2. In an apparent attempt to access the money, plaintiff appoints himself to the position of Chief Justice of the Supreme Court of the United States. *See id*. He deems himself "HIRED for the position, because [he] tested and received one hundred percent on the test." *Id*. at 1.

Unfortunately for plaintiff, the Constitution of the United States authorizes the President to nominate "Judges of the supreme Court" who assume their roles only with the "Advice and Consent of the Senate." U.S. Const. art. II, § 2, cl. 2. To the extent that plaintiff asks this Court to take any action to acknowledge or support his purported status as Chief Justice of the United

1

States, the request is denied, and the complaint will be dismissed for lack of subject matter jurisdiction. An Order is issued separately.

DATE: July 1, 2020 /s/
JAMES E. BOASBERG
United States District Judge